**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Shannon Henderson, Appellant.

Appellate Case No. 2016-001222

———

Appeal From York County
Daniel Dewitt Hall, Circuit Court Judge

———

Unpublished Opinion No. 2017-UP-088
Submitted January 1, 2017 – Filed February 15, 2017

———

**APPEAL DISMISSED**

———

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, of Columbia; and Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, both for Respondent.

———

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.** [1]

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.